**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PHYLLIS N. WILLIAMS-YOUNG,
individually, and on behalf of all
others similarly situated

                Plaintiff,

v.                                                    Case No. 3:20-cv-841-J-32PDB

RCI, LLC

                Defendant.

_____

### AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** PHYLLIS N. WILLIAMS-YOUNG ("Plaintiff"), by and through her undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file her response to Defendant's RCI, LLC'S ("Defendant") Motion to Dismiss, and in support thereof, stating as follows:

1. On July 28, 2020, Plaintiff filed the instant case against Defendant seeking redress for violations of the Telephone Consumer Protection Act ("TCPA"). [Dkt. 1]

2. On September 25, 2020, after receiving an extension to file its responsive pleading, Defendant filed a Motion to Dismiss Plaintiff's claims in their entirety ("Defendant's Motion"). [Dkt. 14]

3. Pursuant to Local Rule 3.01(b), Plaintiff's response to Defendant's Motion is due on or before October 9, 2020.

4. Due to other professional deadlines, and despite the undersigned's best efforts, Plaintiff will not be able to submit her response to Defendant's Motion by the current deadline of October 9, 2020.

5. Accordingly, Plaintiff is seeking a 14-day extension, through October 23, 2020, to submit her response to Defendant's Motion.

6. Counsel for Plaintiff conferred with Defendant's counsel about the relief sought herein, and Defendant has no objection.

7. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the deadline for Plaintiff to submit her response to Defendant's Motion through October 23, 2020 and for any other relief this Court deems appropriate.

Respectfully submitted,

*/s/ Alexander James Taylor*
Alexander James Taylor, Esq.
Florida Bar No. 1013947
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  I, Alexander J. Taylor, certify that on October 9, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                     */s/ Alexander J. Taylor*