United States District Court
Middle District of Florida
Jacksonville Division

**PHYLLIS N. WILLIAMS-YOUNG,**

    *Plaintiff,*

v.                                     NO. 3:20-CV-841-TJC-PDB

**RCI, LLC,**

    *Defendant.*

## Order

    The parties move to extend the mediation deadline and designate Gary Salzman, Esquire, as the mediator in place of Peter Grilli, Esquire, explaining they were unable to select a mutually agreeable date with Mr. Grilli. Doc. 23 at 1. Finding the request reasonable, the Court **grants** the motion, Doc. 23; designates Mr. Salzman as the mediator in place of Mr. Grilli; and extends the mediation deadline to March 5, 2021. All other deadlines in the case management and scheduling order, Doc. 20, remain the same.

    **Ordered** in Jacksonville, Florida, on February 18, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Gary Salzman, Esquire
      Garganese, Weiss, D'Agresta & Salzman, P.A.
      111 N. Orange Avenue
      Suite 2000
      Orlando, FL 32801